UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

KARL C. MITCHELL,

    Plaintiff

v.

STANLEY WILLIAMS, et al.,

    Defendants.

CIVIL ACTION NO.: 6:15-cv-93

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a) of the F.R.C.P., plaintiff requests this Court to dismiss the above-styled case WITHOUT PREJUDICE because he is, at this time, mentally and emotionally unable to continue pursuing this case.

This 31 day of May of 2016.

Respectfully Submitted,

Karl C Mitchell

Plaintiff pro se

Karl C. Mitchell 1263349
Georgia State Prison
2164 Georgia Hwy 147
Reidsville, Georgia 30499

cc: Andrew M. Magruder, Esq.
1058 Claussen Road, Suite 108
Augusta, Georgia 30907