IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| KARL C. MITCHELL, | |
| Plaintiff, | CIVIL ACTION NO.: 6:15-cv-93 |
| v. | |
| WARDEN STANLEY WILLIAMS; ROY SABINE; DOCTOR FNU BROOME; and GEORGIA DEPARTMENT OF CORRECTIONS, | |
| Defendants. | |

**O R D E R**

Presently before the Court is Plaintiff's Motion for Voluntary Dismissal. (Doc. 62.) In response to Plaintiff's Motion, Defendants state that they have no objection to dismissal of this case without prejudice. (Doc. 64.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the Court **DISMISSES** this case **WITHOUT PREJUDICE**. The Court **DENIES** all pending Motions in this case **AS MOOT**. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED,** this 24th day of June, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA